**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Xiuhong Zhuo,

          Plaintiff,

v.

Joseph B Edlow, et al.,

          Defendants.

No. CV-26-02457-PHX-DJH

**ORDER**

This case is before the Court on its own review. Plaintiff Xiuhong Zhuo ("Plaintiff") filed an Affidavit of Service (Doc. 5) on April 15, 2026. Upon review, service as to the United States, its agency, and its official is deficient.

To serve the United States, the plaintiff must deliver a copy of the summons and complaint to the United States Attorney for the district in which the action is brought and send by registered or certified mail a copy to the Attorney General of the United States. Fed. R. Civ. P. 4(i). To serve an agency of the United States, the plaintiff must serve both the United States and the agency by registered or certified mail. *Id.* However, Plaintiff's Affidavit states that the Summons and Complaint were sent to the Civil Process Clerk, U.S. Attorney General, Secretary of DHS, and Director of USCIS "via U.S. Regular Mail." (*See* Doc 5 at 2). This method does not comply with Rule 4(i)'s requirement that service be made by *registered or certified* mail.

Accordingly,

**IT IS ORDERED** that Plaintiff's Affidavit of Service (Doc. 5) is **STRUCK** from

the record.  **Plaintiff must complete proper service upon Defendants by July 2, 2026 (Doc. 4).  Any Defendant not properly served by this deadline will be terminated without further notice.**

      **IT IS FURTHER ORDERED vacating** the Rule 16 Scheduling Conference set for July 2, 2026 (Doc. 6), to be reset if Plaintiff files valid proof of service on Defendants.

      Dated this 26th day of June, 2026.

Honorable Diane J. Humetewa
United States District Judge